OPINION — AG — ** STATE TRAVEL REIMBURSEMENT ACT — DATA PROCESSING TECHNICAL ADVISORY COMMITTEE ** 74 O.S. 500.1 [74-500.1] ET SEQ., KNOWN AS THE STATE TRAVEL REIMBURSEMENT ACT IS APPLICABLE TO THE ' DATA PROCESSING TECHNICAL ADVISORY COMMITTEE ' WITH RESPECT TO REIMBURSEMENT AND PER DIEM EXPENDITURES. (TRAVEL, MILEAGE, STATE AGENCY) CITE: 74 O.S. 74 [74-74] O.S. 118.5 [74-118.5] (MARVIN C. EMERSON)